UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GWENDOLYN NEWELL, | Civil Action No. 07-1184 (FLW) |
| Plaintiff, | |
| v. | **ORDER** |
| BRISTOL-MYERS SQUIBB COMPANY, et al., | |
| Defendants. | |

**THIS MATTER** having been opened to the Court upon the Magistrate Judge's Report and Recommendation dated January 4, 2013; it appearing that the Report and Recommendation was sent to Plaintiff Gwendolyn Newell ("Plaintiff") via U.S. mail and filed electronically; it appearing that to date, Plaintiff has not objected to the Magistrate Judge's recommendations; it appearing that the Magistrate Judge recommends that this case be dismissed without prejudice based upon Plaintiff's decision to voluntarily dismiss this case, see DKT NO. 97; indeed, the Magistrate Judge construed Plaintiff's correspondence to the Court as indication that she has no intention of pursuing her claims against defendants; accordingly, it is the Opinion of this Court that the Report makes the appropriate recommendations and therefore, for the reasons stated herein and for good cause shown,

**IT IS** on this 18th day of January, 2013,

**ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby adopted; and it is further

**ORDERED** that this case is dismissed without prejudice.

      /s/  Freda L. Wolfson
The Honorable Freda L. Wolfson,
United States District Judge